## WILSON v. STATE.
### No. 18109.

Court of Criminal Appeals of Texas.
March 25, 1936.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is driving an automobile upon the public highway while intoxicated;

penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.